UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

UNITED STATES OF AMERICA,

        vs                                5:06-CR-352

CHRISTOPHER WALLACE, also known as ""OG,"

        Defendant.

-------------------------------------

APPEARANCES:                              OF COUNSEL:

CHRISTOPHER WALLACE
13492-052
USP Canaan
U.S. Penitentiary
PO Box 300
Waymart, PA 18472

HON. GLENN T. SUDDABY            LISA M. FLETCHER, ESQ.
Northern District of New York         Assistant U.S. Attorney
Attorney for Government
100 South Clinton Street
P. O. Box 7198
Syracuse, New York  13261-7198

DAVID N. HURD
United States District Judge

## **O R D E R**

        Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED.

        IT IS SO ORDERED.

Dated:   July   11, 2008                           United States District Judge

        Utica, New York.